

| | THE CITY OF NEW YORK | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **MATTHEW J. MODAFFERI**<br>*Senior Counsel*<br>Telephone: (212) 356-2331<br>Fax: (212) 356-3509<br>mmodaffe@law.nyc.gov |

May 25, 2016

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

          Re:    <u>Arthur Wigfall, Jr. v. City of New York, et al.</u>, 13 Civ. 268 (PGG)

Your Honor:

        I am an attorney in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing the Defendants City of New York and Sergeant William Butler in the above-referenced matter.  I write to respectfully request an adjournment of the June 13, 2016 trial date because I will be out of the country for the duration of that week.

        Yesterday, the parties jointly called chambers and discussed the adjournment with one of Your Honor's law clerks.  During that call it was determined that July 11, 2016 would be a mutually convenient start date for the trial.  For that reason, Defendants – on behalf of all parties – respectfully request that the trial be adjourned to July 11, 2016.  The parties anticipate that the trial will last approximately three days.

        Defendants thank the Court for its consideration herein.

                                                     Respectfully submitted,

                                                     /s/

                                                     Matthew J. Modafferi
                                                     *Senior Counsel*
                                                     Special Federal Litigation Division

cc:    Kavin Edwards, Esq. (By ECF)
       *Attorney for Plaintiff*